IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CIRCESTEEM, INC.,** | ) | |
| Plaintiff, | ) | CASE NO.: 1:09-cv-3763 |
| | ) | |
| vs. | ) | JUDGE: Hon. Charles P. Kocoras |
| | ) | |
| **PAUL MILLER and PROCLOWN** | ) | MAGISTRATE JUDGE: |
| **PRODUCTIONS, INC.,** | ) | Hon. Geraldine Soat Brown |
| Defendants. | ) | |

**CONSENT JUDGMENT**
**AND ORDER FOR PERMANENT INJUNCTION**

Plaintiff CircEsteem, Inc. ("CircEsteem"), having filed a Complaint against Defendants Paul Miller ("Miller") and ProClown Productions, Inc. ("ProClown") seeking declaratory and injunctive relief and damages for (1) Trademark Infringement in violation of 15 U.S.C. §1114(1)(a); (2) Unfair Competition in violation of Lanham Act §43(a), 15 U.S.C. §1125(a); (3) Cyberpiracy in violation of the AntiCybersquatting Consumer Protection Act, 15 U.S.C. §1125(a); (4) Conversion; (5) Breach of Duty of Loyalty and Fiduciary Responsibility; (6) Misappropriation of Trade Secrets in violation of 765 ILCS 1065/2; and (7) Declaratory Relief pursuant to 28 U.S.C. §2201 and the plaintiff and defendants having agreed to the terms of a Confidential Settlement Agreement and to entry of this Consent Judgment and Order for Permanent Injunction by this Court in order to resolve these matters; and the plaintiff and defendants having requested the Court to enter this Consent Judgment and Order for Permanent Injunction; the Court finds:

(1)    This Court has jurisdiction over the subject matter of this action and over the parties.

(2)     The Complaint states claims upon which relief may be granted against the defendants.

(3)     Entry of this Consent Judgment and Order for Permanent Injunction is in the public interest.

(4)     The parties have waived all rights to seek judicial review or otherwise to challenge the validity of this Consent Judgment and Order for Permanent Injunction.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

1.     Miller and ProClown acknowledge and agree that all trademarks, copyrights, and other intellectual property rights to marks, logos, names, domain names, photographs and business materials arising in, from or in connection with Miller's employment by CircEsteem, including but not limited to, the service mark CIRCESTEEM (U.S. Reg. No. 2911239), the names Chicago Youth Circus, Chief Goof Officer and Circustots as well as all marks, logos, names, domain names and business materials derived from or related to those marks and names, including but not limited to, CircEsteem.com, CircEsteem.org, CircEsteem.net, CircEsteem.info, CircEsteem.biz, CircEsteem.mobi, CircEsteem.me, Circ-Esteem.com, Circ-Esteem.org, CirqueEsteem.com, CirqueEsteem.org, Cirquesteem.com, Cirquesteem.org, Circusteens.com, Circusteens.org, Circusteen.com, Circusteen.org, Circustot.com, Circustot.org, Circustots.com, Circustots.org, ChiefGoofOfficer.com, Chief GoofOfficer.org, Chief Goof-Officer.com and ChiefGoof-Officer.org. are the sole and exclusive property of CircEsteem (the "CircEsteem Intellectual Property").

2.     Miller and ProClown and their officers, agents, servants, employees, parent(s), subsidiaries, joint ventures, attorneys, and all other persons who are in active concert or participation with Miller and/or ProClown are hereby permanently restrained and enjoined for

the life of the CircEsteem Intellectual Property from using any CircEsteem Intellectual Property for any purpose without the express written permission of CircEsteem.

3. Miller and ProClown and their officers, agents, servants, employees, parent(s), subsidiaries, joint ventures, attorneys, and all other persons who are in active concert or participation with Miller and/or ProClown are hereby permanently restrained and enjoined for a for a period beginning on September 24, 2010 and ending five (5) years from entry of this Order ("Agreed Term") from being employed by, consulting for, engaging in, partnering with, sponsoring, owning, operating, or otherwise being involved in any business that designs, develops, promotes, markets, sponsors, offers, sells or conducts circus-related classes, workshops, seminars, programs or performances ("Circus Program Business") for participants of any age in Illinois, Indiana, Wisconsin or Michigan (the "CircEsteem Business Area") without the express written authorization and approval of CircEsteem.

4. Miller and ProClown and their officers, agents, servants, employees, parent(s), subsidiaries, joint ventures, attorneys, and all other persons who are in active concert or participation with Miller and/or ProClown are hereby permanently restrained and enjoined for the Agreed Term from contacting, soliciting, attempting to solicit, hiring, being employed by, consulting for, engaging in, partnering with, sponsoring, owning, operating, or otherwise being involved in any Circus Program Business with any CircEsteem employee, independent contractor, or staff member in the CircEsteem Business Area without the express written authorization and approval of CircEsteem.

5. Miller and ProClown and their officers, agents, servants, employees, parent(s), subsidiaries, joint ventures, attorneys, and all other persons who are in active concert or participation with Miller and/or ProClown are hereby permanently restrained and enjoined for the Agreed Term from contacting, soliciting, attempting to solicit, or accepting any business or

charitable contribution or donation from an individual and/or entity listed on the CircEsteem donor list as of June 22, 2009 relating to any Circus Program Business in the CircEsteem Business Area.

6.      It is further ordered that jurisdiction is retained by this Court for the purpose of enabling the parties to apply to the Court at any time for such further orders and directions as may be necessary or appropriate for the interpretation and/or enforcement of this Consent Judgment and Order for Permanent Injunction or for the punishment of violations thereof.

ENTERED:

*Charles P. Kocoras* (signature)

Honorable Charles P. Kocoras
United States District Judge

DATED: September 24, 2009

Agreed to and approved by:

| CircEsteem, Inc. | Paul Miller |
| | ProClown Productions, Inc. |

By: _s/Karen Ksander Ettelson_              By: _s/Brent P. Ray_

    Karen Ksander Ettelson                      Brent P. Ray
    Bar Registration No.: 3127320               Bar Registration No.: 6291911
    E-Mail: kke@ettelsonlaw.com                 E-Mail: bpray@jonesday.com
    Law Offices of Karen Ettelson              Krista S. Schwartz
    589 Sheridan Road                           Bar Registration No.: 06238053
    Glencoe, IL 60022                           E-Mail: ksschwartz@jonesday.com
    Telephone: (847) 835-9759                   Jones Day
                                                77 West Wacker Dr.
                                                Chicago, IL 60601
                                                Telephone: (312) 782-3939
                                                Facsimile: (312) 782-8585

*Attorney for Plaintiff CircEsteem, Inc.*       *Attorneys for Defendants Paul Miller and ProClown Productions, Inc.*